IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHRISTOPHER ALLEN FROST,

        Plaintiff,

  v.                                        ORDER
                                              07-C-357-S

JANICE LUSTEY, NURSE KATHY
and JEANANNE GREENWOOD,

        Defendants.
_____

    Plaintiff moves for appointment of an independent medical expert. There are no funds available for appointment of experts. Accordingly, plaintiff's motion will be denied.

ORDER

    IT IS ORDERED that plaintiff's motion for appointment of an independent medical expert is DENIED.

    Entered this 20th day of November, 2007.

                            BY THE COURT:

                                /s/

                        _____
                        JOHN C. SHABAZ
                        District Judge